# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case No. 2:20-cv-10622-GJS |
| Plaintiff, | **ORDER** |
| v. | (granting stipulation for dismissal of action with prejudice) |
| **Skyways Hotel, Inc.,** a California Limited Liability Company, | |
| Defendants. | |

Pursuant to the parties Joint Stipulation for Dismissal of Action with Prejudice, the Court DISMISSES this action with prejudice.

Dated: March 10, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

ORDER                           Case No. 2:20-cv-10622-GJS